**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Kristin B. Mayhew (ct20896)
30 Jelliff Lane
Southport, CT 06890-1436
Tel.: (203) 319-4022
Fax: (203) 259-0251
*Attorneys for The Fusco Corporation and*
*The Travelers Casualty and Surety Co. of America*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **RICHARDS CONDITIONING CORP.,** | Case No. 09-22525 (RDD) |
| **Debtor.** | |
| **RICHARDS CONDITIONING CORP.,** | |
| **Plaintiff,** | |
| -against- | Adv. Pro. No. 11-08255 (RDD) |
| **THE FUSCO CORPORATION; CITY OF STAMFORD; NORESCO LLC; JOHNSON CONTROLS, INC.; and THE TRAVELERS CASUALTY AND SURETY CO. OF AMERICA,** | |
| **Defendants** | May 16, 2011 |

### STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the Defendant, The Fusco Corporation, represents that it is 100% owned by Fusco Holdings, Inc..

DEFENDANT,
THE FUSCO CORPORATION

By:    /s/ Kristin B. Mayhew
      Kristin B. Mayhew
      (*admission pro hac vice*)
      McElroy, Deutsch, Mulvaney & Carpenter, LLP
      30 Jelliff Lane
      Southport, CT  06890-1436
      Tel.   (203) 319-4022
      Fax   (203) 259-0251
      Email:kmayhew@mdmc-law.com

# CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that on May 16, 2011 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and those parties may access this filing through the Court's CM/ECF System. On May 16, 2011 those parties who did not receive electronic notification of the filing, were served via first class U.S. mail, postage prepaid.

**VIA COURT'S CM/ECF SYSTEM:**

*Counsel for Plaintiff, Richards Conditioning Corp.*
Anne J. Penachio, apenachio@pmlawllp.com;penachio.anne@gmail.com
Kevin G. McMorro, kevinnyc@optonline.net

*Counsel for Defendant, City of Stamford*
Burton S. Rosenberg; brosenberg@ci.stamford.ct.us

*Counsel for Defendant, Johnson Controls*
Alan S. Kopit, askopit@hahnlaw.com


**VIA FIRST CLASS U.S. MAIL:**

*Defendant, Noresco LLC – Pro Se*
Noresco LLC
1 Research Drive, Suite 400C
Westborough, MA  01581

                                                  /s/ Kristin B. Mayhew
                                                  Kristin B. Mayhew

KBM/6900/131/1022568v1
05/16/11-HRT/DJP